UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Vincent Schonarth

    v.                                      Civil No. 07-cv-287-PB

NH Supreme Court Clerk, et al.

### O R D E R

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $8.80 is due no later than October 15, 2007. In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

    SO ORDERED.

                                      _/s/ James R. Muirhead_
                                      James R. Muirhead
                                      United States Magistrate Judge

Date: September 12, 2007

cc:    Vincent Schonarth, pro se
       Bonnie S. Reed, Financial Administrator
       NH State Prison, Inmate Accounts