**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Vincent Schonarth</u>

    v.                               Civil No. 07-cv-287-PB

<u>NH Supreme Court Clerk, et al.</u>

<u>O R D E R</u>

Plaintiff's request to proceed <u>in forma pauperis</u> is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $8.80 is due no later than October 15, 2007. In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for <u>in forma pauperis</u> has been granted.

SO ORDERED.

                                      _/s/ James R. Muirhead_
                                      James R. Muirhead
                                      United States Magistrate Judge

Date: September 12, 2007

cc:    Vincent Schonarth, pro se
        Bonnie S. Reed, Financial Administrator
        NH State Prison, Inmate Accounts